**John Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Jessica M. Lancaster, OSB No. 134151**
Email: jessica.lancaster@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 500
Portland, OR 97204
Telephone: 503.223.3000

    Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SARAH MERCER,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT PARKER AND ZEKE KOCH, AS SUCCESSOR TRUSTEES OF THE MICHAEL PARKER REVOCABLE TRUST UTD MARCH 10, 2017,<br><br>    Defendant. | Case No. 6:19-cv-00821-AA<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action, by and through their respective counsel, hereby stipulate and agree that in consideration of a negotiated settlement executed by them, this action should be dismissal with prejudice, including all claims and

Page 1  **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
AIC501.0035

counterclaims stated herein against all parties, with each party to bear its own attorney fees and costs.

Date: 3/8/2022

**DC LAW**

_____
Dan G. McKinney, OSB No. 961945
Email: dmckinney@douglascountylaw.com
Attorneys for Plaintiff

**CHOCK BARHOUM LLP**

Date: 3/11/2022

_____
John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
Jessica M. Lancaster, OSB No. 134151
Email: jessica.lancaster@chockbarhoum.com
Attorneys for Defendant

## ORDER OF DISMISSAL

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice, with each party bearing their own attorney fees and costs.

DATED this 11th day of March, 2022.

/s/Ann Aiken
Honorable Judge Ann Aiken